# Cenveo™

FILED
BRADFORD L. BOLTON
CLERK
2006 SEP 11 AM 9:40
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**CENVEO, INC.**
One Canterbury Green
Stamford, CT 06901

203 595 3000 main phone
203 595 3070 main fax

September 1, 2006

TO: <u>District of Colorado</u>

<u>US Bankruptcy Court</u>

<u>US Custom House</u>

<u>721 19th Street</u>

<u>Denver, CO 80202-2508</u>

RE: Correspondence: TG WORLDWIDE MEETINGS & INCENTIVES INC
TIN # 84-1487019

Please be advised that we have moved our corporate offices and you should update your files as follows:

Cenveo (formerly Mail-Well)
Attn: Legal Department
One Canterbury Green
201 Broad Street
Stamford, CT 06901

If you have any questions, please contact me at 203-595-3056.

Thank you.

Elizabeth Alutsky for
Linda J. Austin
Paralegal

C: Address Update-Vendors